**KNIGHT LAW GROUP, LLP**
Steve Mikhov (SBN 224676)
Maite Colon (SBN 322284)
maitec@knightlaw.com
10250 Constellation Blvd, Suite 2500
Los Angeles, CA 90067
Telephone: (310) 552-2250
Fax: (310) 552-7973

Attorneys for Plaintiffs,
**Francisco Arvizu, Jorge De La Riva Rodriguez and
Luis De La Riva**

**GORDON REES SCULLY MANSUKHANI, LLP**
Spencer P. Hugret (SBN 240424)
shugret@grsm.com
Natalie R. Nuttall (SBN 201082)
nnuttall@grsm.com
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Fax: (415) 986-8054
**FORD MOTOR COMPANY**

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO ARVIZU, JORGE DE LA RIVA RODRIGUEZ and LUIS DE LA RIVA, <br><br>         Plaintiffs, <br><br> vs. <br><br> FORD MOTOR COMPANY, Santos Ford, Inc., dba Santos Ford; and DOES 1 through 10, inclusive, <br><br><br>         Defendant, | Case No.: **5:19-cv-00880-NC** <br><br><br> **JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** <br><br> *Honorable Judge Nathanael M. Cousins* |

JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

Pursuant to Rule 41 (a)(1)(A) (ii) of the FEDERAL RULES OF CIVIL PROCEDURE, Plaintiffs, Francisco Arvizu, Jorge De La Riva Rodriguez and Luis De La Riva, by counsel, and Defendant Ford Motor Company, by counsel (collectively "the Parties"), hereby move for the entry of the attached proposed Order of Dismissal, dismissing with prejudice all claims, and any pending motions in the above-captioned action as between the Parties.

Respectfully submitted,

Dated: August 21 2019

**KNIGHT LAW GROUP, LLP**
/s/ Steve Mikhov
Steve Mikhov
Maite Colon
Attorney for Plaintiff(s)

Dated: August 21, 2019

**GORDON REES SCULLY MANSUKHANI LLP**

/s/
Spencer P. Hugret
Natalie R. Nuttal
Attorneys for Defendant

JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

1
2
3
4
5
6
7
8
9          UNITED STATES DISTRICT COURT

10          NORTHERN DISTRICT OF CALIFORNIA

11

12   FRANCISCO ARVIZU, JORGE DE LA        Case No.  5:19-cv-00880-NC
     RIVA RODRIGUEZ, and LUIS DE LA
13   RIVA
                                          **ORDER GRANTING JOINT
14                                        STIPULATION AND ORDER TO
                                          DISMISS CASE**
15          Plaintiff,

16

17   v.

18

19   FORD MOTOR COMPANY, a Delaware
     Corporation, and DOES 1 through 10,
20   inclusive,

21

22          Defendants.

23

24

25

26

27

28
                              -1-

# ORDER

The stipulation is approved. The entire action is hereby dismissed with prejudice.

IT IS SO ORDERED.

DATED: August 21, 2019



_____
Honorable Judge Nathanael M. Cousins

ORDER GRANTING JOINT STIPULATION